UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA      CASE NO. 22-cr-00053-01

VERSUS      JUDGE ELIZABETH E. FOOTE

JAMES LEROY PITTMAN (01)      MAGISTRATE JUDGE HORNSBY

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

It is hereby ordered, adjudged, and decreed that Defendant's guilty plea is accepted, and the court hereby adjudges Defendant guilty of the offense charged in Count 1 of the Indictment.

THUST DONE AND SIGNED in Shreveport, Louisiana, this 5th day of October, 2022.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE